**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | | |
|---|---|---|---|
| In re | ) | | |
| | ) | CHAPTER | 7 |
| Ricardo Jimenez and Enemid Jimenez | ) | CASE NO. | 6:14-bk-00346-CCJ |
| | ) | | |
| Debtor(s) | ) | | |
| | ) | | |

**AGREED ORDER ON VERIFIED MOTION TO**
**STRIP LIEN OF SUNTRUST BANK, N.A. (DE#12)**

THIS CASE came before the Court upon the Verified Motion to Strip Lien of SunTrust Bank, N.A. (DE# 12; the "Motion") pertaining to Real Property located at 306 HAVELOCK STREET, ORLANDO, FL 32837, and more particularly described as LOT 108, SOUTHCHASE PHASE 18 VILLAGE 5, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 34, PAGE 55 THROUGH 57, INCLUSIVE, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA. Based upon the agreement of the parties as evidenced by the signatures of counsel below, it is ORDERED:

1. The Motion is granted in part and denied in part as set forth below.

2. SunTrust Bank's security interest in the second mortgage shall be treated as a secured claim in the amount of $35,000.00 with the remaining balance to be treated as unsecured.

3. The secured claim of $35,000.00 shall be paid at 3.00% interest to be paid over 180 months in equal monthly payments of $200.28, beginning June 1, 2014.

4. Payments are to be made to directly to SunTrust. The address for payment is Bankruptcy Division, SunTrust Bank, P O Box 85092, Richmond, VA, 23286.

5. Lender's mortgage recorded on 03/04/2005 at OR BOOK 07858 Pg 0347 (Pgs 9) of the official records of Orange County, Florida shall be deemed satisfied upon payment of the lowered amount based on the allowed secured claim, without further order of the Court, upon payment of the amounts described herein and entry of a Chapter 7 discharge in the subject case.

6. Upon entry of discharge, the Creditor will retain an *in rem* lien in the amount of

$35,000.00 until the entire secured claim has been paid in full.

7. A copy of this Order may not be recorded in the public records until after Debtor has received a Discharge.

8. No sale of the Property may occur free and clear of the Creditor's lien while the bankruptcy case is pending as the Bankruptcy Code provides that the lien be retained on the property until the Creditor's claim is paid in full or until the Debtor receive a Discharge.

9. If Debtor fails to make any payments required under the terms of this Order, SunTrust will be entitled to foreclose its *in rem* Second Mortgage Lien under the Reduced Second Mortgage but may not seek *in personam* relief as against the Debtor, it being acknowledged and agreed that all personal liability of Debtor under the Second Mortgage is being released upon discharge.

DONE and ORDERED in Orlando, Florida, on June 5, 2014.

*A.B.*

Cynthia C. Jackson
United States Bankruptcy Judge

Form of Order Agreed to by:

| Counsel For Creditor | Counsel For Debtor(s) |
|---|---|
| Nicole Mariani Noel<br>Florida Bar No. 69883<br>Kass Shuler, P.A.<br>P.O. Box 800<br>Tampa, FL 33601<br>Phone: (813) 229-0900 Ext. 1343<br>Fax: (813) 229-3323<br>nmnoel@kasslaw.com<br>Dated: 6/3/2014 | L. William, III Porter<br>Florida Bar No. 0116882<br>2601 Technology Drive<br>Orlando, FL 32804<br>Phone: 407-578-1334<br>Dated: 6/3/14 |

Attorney Nicole Mariani Noel is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.